```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARISTEO POLICAO, et al.,              :
                                      :   21-CV-4151 (JPO) (RWL)
                    Plaintiffs,       :
                                      :
         - against -                  :   ORDER
                                      :
AMSTERDAM SUSHI, INC., et al.,        :
                                      :
                    Defendants.       :
                                      :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 15, 2022, the Court held a settlement conference with the parties. The settlement conference ended with the prospect of potentially having another session after the parties shared or obtained more information. By **July 8, 2022**, the parties shall file a joint letter indicating whether they believe it would be productive to schedule another settlement conference session.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2022
       New York, New York

Copies transmitted this date to all counsel of record.