UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARISTEO POLICAO, *et al.*,
                Plaintiffs,

-v-

AMSTERDAM SUSHI NYC INC., *et al.*,
                Defendants.

21-CV-4151 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On November 9, 2022, the Court issued an order directing the parties to file a joint update as to the current status of this matter. The parties failed to do so. If the parties do not file a joint status update by December 9, 2022, this matter will be dismissed for failure to prosecute.

    SO ORDERED.

Dated: November 28, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge