UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Aristeo Policao,
Bernardo Espinobairos,
Cruz Garcia Marquez, and
Javier Diaz Sanchez,
on behalf of themselves and all other
persons similarly situated, ,

                   Plaintiff,

-against-

Amsterdam Sushi Inc. d/b/a Amsterdam Sushi,
Amsterdam Sushi NYC Inc d/b/a Amsterdam Sushi,
Ming Hui Liu, and
Lucy Liu

                   Defendants.
------------------------------------------------------------X

Case No.: 21-cv-04151

**NEGOTIATED SETTLEMENT AGREEMENT AND RELEASE**

On March 13, 2023 Plaintiffs' filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs' Aristeo Policao, Bernard Espinobairos and Javier Diaz Sanchez have judgment against Defendants Amsterdam Sushi, Inc. (d/b/a Amsterdam Sushi) and Ming Hui Liu and Lucy Liu, jointly and severally, in the amount of $80,000.00 (Eighty Thousand Dollars) which is inclusive of attorneys' fees and costs.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiffs may have as to damages, or any other form of relief, arising out of the alleged acts or omission of the Defendants, in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendants, or any officer, employee or agent, either past or present of the Defendants; nor is it an admission that Plaintiffs have suffered any damages.

This judgment will act to release and discharge the Defendants, their successors or assigns, and all past and present officers, employees, representatives, attorneys and agents of the Defendants, from any and all claims that were or could have been alleged by Plaintiff on behalf of himself and all others similarly situated in the above-referenced action. This judgment will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff agrees that the payment of $80,000.00 on or before October 30, 2023 shall be a reasonable time for such payment.  **The Clerk shall mark this case as closed.**

Dated: March 23, 2023

_____
J. PAUL OETKEN
United States District Judge